UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER, | No. 2:21-cv-2123-EFB P |
| Plaintiff, | |
| v. | ORDER |
| J. DEAN, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. To proceed with a civil action a plaintiff must pay the $402 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted a *complete* application for leave to proceed in forma pauperis.[1]

If plaintiff wishes to proceed, she must submit either the filing fee or the application required by § 1915(a) within 30 days from the date of service of this order. The Clerk of the

/////

/////

/////

---

[1] She filed only the first page of an application. *See* ECF No. 2.

1

Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: December 6, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE